**A. J. Hammer, Plaintiff-Appellant, v. Jefferson Oil and Gas Corporation, and Ziegler Coal and Coke Company, Defendants-Appellees.**

Gen. No. 61-M-4.

Fourth District.

September 15, 1961.

Kenneth A. Green, of Mattoon, for appellant. Carter Harrison, of Benton, and John E. Jacobsen, of Mt. Vernon, for appellee. Opinion by JUSTICE SCHEINEMAN. Not to be published in full.